**LAW OFFICES**
**ROBBINS AND ROBBINS LLP**
568 Amboy Avenue
<u>Woodbridge, New Jersey 07095-0429</u>
Telephone (732) 636-1600
Telecopier (732) 636-2171

**NORMAN ROBBINS**
N.J., N.Y. & D.C. Bars
(1960-2012)
**SPENCER B. ROBBINS**
N.J. & N.Y. Bars

**CLAUDIA C. LUCAS**
**AILEEN GARDNER**

**SETH D. FRIEDLAND**
  Of Counsel
  N.Y. & N.J. Bars
**MARK S. ROTHMAN**
  Of Counsel
  N.Y., N.J. & D.C. Bars

<u>NEW YORK OFFICE</u>
62 William Street, 3rd Floor
New York, NY 10279
Telephone (212)344-1400
Facsimile (212) 344-2301

Please Reply To:
Woodbridge, N.J. 07095-0429

August 28, 2017

<u>Via E-File</u>

Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King, Jr. United States Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **United States of America v. Matthew Hull, et al**
     **Civil Action No: 2:09-cv-1303**

Dear Judge Wigenton:

  I have just been retained to represent Matthew Hull, a Defendant in the above-captioned matter which is currently listed for a Motion to Enforce Judgment for a Specific Act on September 5, 2017 at 10:00 a.m.

  Kindly carry the Notice of Motion to the next Motion cycle in order for my office to file the appropriate response.

  Thank you for your anticipated cooperation in this regard.

Respectfully,

Spencer B. Robbins

SBR/scl