# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW HULL, ET AL.,<br><br>*Defendants.* | HON. SUSAN D. WIGENTON<br><br>*Civil Action No.* 2:09-cv-1303<br><br>DEFENDANTS NOTICE OF MOTION TO (1) VACATE JUDGMENT; (2) RETURN THE MATTER TO THE ACTIVE TRIAL LIST; (3) SCHEDULE A PLENARY HEARING TO RESOLVE TITLE ISSUES |

To: WILLIAM E. FITZPATRICK
Acting United States Attorney
JORDAN M. ANGER
DAVID V. SIMUNOVICH
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102

PLEASE TAKE NOTICE, that on December 4, 2017, at 10:00 AM, or as soon thereafter as counsel may be heard, SPENCER B. ROBBINS, ESQ., appearing, for Defendants, will apply to this Court to (1) Vacate Judgment entered against defendants; (2) Return the matter to the active trial list; (3) schedule a plenary hearing to resolve title issues. In support of this motion, the Court is respectfully referred to the attached Certifications.

DATED:   November 28, 2017

Respectfully Submitted,

*Spencer B. Robbins*

SPENCER B. ROBBINS, ESQ.
Attorney for Defendants