**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No: 09-1303-SDW-LDW |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW HULL, et al., | November 30, 2017 |
| Defendants. | |

**WIGENTON**, District Judge.

This matter, having come before this Court on Plaintiff United States of America's ("Plaintiff") Motion to Enforce Judgment pursuant to Federal Rule of Civil Procedure 70, and Defendants Matthew Hull, Michelle Hull, and Aaron Hull's (collectively, "Defendants") Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60, and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated November 30, 2017,

**IT IS** on this 30th day of November, 2017

**ORDERED** that Plaintiff's Motion to Enforce is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion to Vacate is **DENIED**, and it is further

**ORDERED** that Defendants shall execute the settlement agreement within thirty (30) days of this Order, and it is further

1

**ORDERED** that Plaintiff shall file the land survey provided to Defendants on or about January 30, 2014 (and currently filed as ECF No. 97-2) with the executed settlement agreement.

.

                                                                                                ___/s/ Susan D. Wigenton_____
                                                                                                 **SUSAN D. WIGENTON, U.S.D.J.**

Orig:         Clerk
cc:           Leda D. Wettre, U.S.M.J.
              Parties