CRAIG CARPENITO
United States Attorney
MICHAEL E. CAMPION
JORDAN M. ANGER
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-3141
email: michael.campion@usdoj.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. SUSAN D. WIGENTON |
| *Plaintiff,* | *Civil Action No.* 09-1303 |
| v. | (Filed Electronically) |
| MATTHEW HULL, MICHELE C. HULL, AND AARON HULL, | **NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE** |
| *Defendants.* | |

To:   Spencer Robbins, Esq.
      Robbins & Robbins, LLC
      568 Amboy Avenue
      Woodbridge, NJ 07095

PLEASE TAKE NOTICE, that CRAIG CARPENITO, United States Attorney for the

District of New Jersey (MICHAEL E. CAMPION and JORDAN M. ANGER, Assistant

United States Attorneys, appearing), as attorney for the United States of America,

will move before this Court for the issuance of an Order requiring Defendants to

show cause as to why they should not be held in civil contempt.

In support of this motion, the Court is respectfully referred to the attached Memorandum of Law in Support of the United States of America's Motion for Issuance of an Order to Show Cause, Declaration of Michael E. Campion and accompanying exhibits, and Proposed Order.

> CRAIG CARPENITO
> United States Attorney
>
> By:   *s/Michael E. Campion*
>        MICHAEL E. CAMPION
>        Assistant United States Attorney