UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW HULL, ET AL.,<br><br>*Defendants.* | HON. SUSAN D. WIGENTON<br><br>*Civil Action No.* 2:09-cv-1303<br><br>DECLARATION OF<br>MICHAEL E. CAMPION |

I, MICHAEL E. CAMPION, pursuant to 28 U.S.C. § 1746, do hereby declare under the penalties of perjury as follows:

1. I am an Assistant United States Attorney in the District of New Jersey and I represent the plaintiff in the above-captioned action.

2. On several occasions, through email and telephone, I attempted to contact Spencer B. Robbins, Esq., counsel to Defendants in this action, regarding Defendants' failure to comply with the Court's Order dated November 30, 2017. Counsel has not responded to my attempted communications. Attached hereto and marked as Exhibit A is a true and correct copy of electronic mail directed to Defendants' counsel regarding Defendants' failure to comply with the Court's November 30, 2017 Order.

3. A true and accurate copy of the electronic notice sent by this Court to counsel of record in this matter, including Defendants' counsel, is attached hereto as Exhibit B.


Dated: Newark, NJ
      February 15, 2018

                                             *s/Michael E. Campion*
                                             Michael E. Campion
                                             Assistant U.S. Attorney

# EXHIBIT A

# Campion, Michael (USANJ)

**From:** Campion, Michael (USANJ)
**Sent:** Friday, February 2, 2018 5:12 PM
**To:** 'Spencer Robbins'
**Cc:** Anger, Jordan (USANJ)
**Subject:** RE: United States v. Hull (09-1303)

Mr. Robbins:

I have emailed you and called your office. You have not gotten back to me. As you know, the Court ordered your clients to execute the settlement documents by December 30, 2017. They have not done so. Since you have not returned my multiple messages, we can only assume that your clients are refusing to comply with the Court's Order. We will, therefore, need to raise this matter with the Court.

Please contact me as soon as possible so that we can discuss this matter. Thank you.

Michael Campion
Assistant U.S. Attorney

**From:** Campion, Michael (USANJ)
**Sent:** Thursday, January 11, 2018 2:58 PM
**To:** 'Spencer Robbins' <xmuss@aol.com>
**Cc:** Anger, Jordan (USANJ) <JAnger@usa.doj.gov>
**Subject:** RE: United States v. Hull (09-1303)

Mr. Robbins:

As ordered by the Court, Defendants were required to execute the settlement documents by December 30, 2017. Although the date has passed, please advise as to whether your clients simply missed the date but still intend to follow the Court's Order, or if your clients do not intend to comply with the Court's Order.

Best regards,

Michael Campion
Assistant U.S. Attorney

**From:** Campion, Michael (USANJ)
**Sent:** Friday, December 15, 2017 10:46 AM
**To:** Spencer Robbins <xmuss@aol.com>
**Cc:** Anger, Jordan (USANJ) <JAnger@usa.doj.gov>
**Subject:** United States v. Hull (09-1303)

Mr. Robbins:

Pursuant to the Court's Order, dated November 30, 2017, Defendants must execute the attached settlement document by December 30, 2017. For your convenience, I've attached the settlement document and a pdf of the survey referenced in the Court's order. Please return the executed document to me by December 30.

Best regards,

1

Michael Campion
Assistant U.S. Attorney

# EXHIBIT B

# Campion, Michael (USANJ)

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Friday, December 1, 2017 11:04 AM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:09-cv-01303-SDW-LDW UNITED STATES OF AMERICA v. HULL et al Order on Motion to Enforce Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 12/1/2017 at 11:04 AM EST and filed on 11/30/2017
**Case Name:**   UNITED STATES OF AMERICA v. HULL et al
**Case Number:**   2:09-cv-01303-SDW-LDW
**Filer:**
**WARNING: CASE CLOSED on 05/21/2013**
**Document Number:** 118

**Docket Text:**
**ORDER granting [97] Motion to Enforce Judgment; denying [116] Motion to Vacate; that Defendants shall execute the settlement agreement within thirty (30) days of this Order; that Plaintiff shall file the land survey provided to Defendants on or about January 30, 2014 (and currently filed as ECF No. 97-2) with the executed settlement agreement. Signed by Judge Susan D. Wigenton on 11/30/2017. (ld, )**


**2:09-cv-01303-SDW-LDW Notice has been electronically mailed to:**

JORDAN MILOWE ANGER     jordan.anger@usdoj.gov, caseview.ecf@usdoj.gov, david.dauenheimer2@usdoj.gov

MICHAEL E. CAMPION     michael.campion@usdoj.gov, usanj.ecfnewarkcivil@usdoj.gov

SPENCER B. ROBBINS     xmuss@aol.com, shan1618@aol.com, shannon@robbinsandrobbinsllp.com

**2:09-cv-01303-SDW-LDW Notice has been sent by regular U.S. Mail:**

1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/1/2017] [FileNumber=10764616-0] [108918b1f3e76a4b8140757caf5782a6ee1b84456214a4e645220e0e18e795bfb1 1f6fa18507dc20cb04cc057d23126dc7ae4907b307836b966c86c4ecc4aa85]]

2