UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW HULL, MICHELE C. HULL, AND AARON HULL,<br><br>*Defendants.* | HON. SUSAN D. WIGENTON<br><br>Civil Action No. 2:09-cv-1303<br><br>[~~PROPOSED~~] ORDER |

Upon Defendants' failure to comply with this Court's lawful Order dated November 30, 2017, and upon the United States of America's motion for an Order directing Defendants to show cause why they should not be found in civil contempt of Court for failure to obey its lawful Order of November 30, 2017, and upon good cause being shown:

IT IS on this __16th__ day of __February__, 2018,

    ORDERED that Defendants appear before the Court on the __1st__ day of __March__, 2018, at __11:00 A__.m. and show cause why they should not be held in civil contempt and punished therefore; and it is further

    ORDERED that any answer or response by Defendants be submitted to this Court and served upon Plaintiff no later than the __22nd__ day of __February__, 2018; and it is further

    ORDERED, that failure of Defendants to appear at this Court on the above designated date may result in appropriate penalties or sanctions.

                                                               _____
                                                               HON. SUSAN D. WIGENTON
                                                               United States District Judge