UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK	DATE: March 1, 2018

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto	Docket #09-1303

TITLE OF CASE: UNITED STATES v. MATTHEW HULL, ET AL.

**Appearances:**

Michael Campion, Esq. for the Govt
Jordan Anger, Esq. for the Govt
Spencer B. Robbins, Esq. for Dft

NATURE OF PROCEEDING: **MOTION/SHOW CAUSE HEARING**

Hearing on Pltf's Motion for an Order to Show Cause as to why Deft's should not be found in Contempt of Court [Dkt. No. 119];
Ordered motion **denied without prejudice;**
Parties to resolve issue by 3/31/18;
Order to be submitted.

Time Commenced:	11:10 a.m.
Time Adjourned:	11:30 a.m.
Total Time: 20 mins.

Cc: Chambers	Carmen D. Soto
	Deputy Clerk