


**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Michael E. Campion*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*michael.campion@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-3141*
*fax:   (973) 297-2010*

March 5, 2018

By ECF

Hon. Susan D. Wigenton
United States District Judge
King Fed. Bldg. & United States Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

      Re:    United States v. Hull, et al.  No. 09-1303 (SDW) (LDW)

Dear Judge Wigenton:

      This Office represents Plaintiff United States of America.  As directed by the Court at the hearing before the Court on March 1, 2018 in the above-referenced matter, the parties jointly submit the enclosed proposed order.  Defendants' counsel has reviewed and consents to this submission.

                              CRAIG CARPENITO
                              United States Attorney

                 By:    */s Michael E. Campion*
                         MICHAEL E. CAMPION
                         Assistant United States Attorney

cc:  Spencer B. Robbins, Esq. (by ECF)