UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW HULL, MICHELE C. HULL, AND AARON HULL,<br><br>*Defendants.* | HON. SUSAN D. WIGENTON<br><br>*Civil Action No.* 09-cv-01303<br><br>[~~PROPOSED~~] ORDER  |

This matter, having come before this Court on Plaintiff United States of America's ("Plaintiff") Motion for an Order requiring Defendants Matthew Hull, Michele Hull and Aaron Hull ("Defendants") to show cause why Defendants should not be held in civil contempt for failure to comply with the Court's Order dated November 30, 2017 ("November 2017 Order"); and where counsel for the parties appeared before the Court on March 1, 2018, for a hearing as to why Defendants should not be held in civil contempt of court for failure to comply with the Order dated November 2017 Order; and this Court having considered the parties' submissions,

It is hereby

ORDERED that Plaintiff's Motion that Defendants be held in civil contempt for failure to comply with the Court's November 2017 Order is denied without prejudice; and it is further

ORDERED that Defendants must comply with the Court's November 2017 Order by March 31, 2018; and it is further

ORDERED that, if Defendants fail to comply with the Court's November 2017 Order, Plaintiff may renew its motion for an Order requiring Defendants to show cause as to why they should not be held in civil contempt.

March 6, 2018

SUSAN D. WIGENTON
United States District Court Judge