CRAIG CARPENITO
United States Attorney
MICHAEL E. CAMPION
JORDAN M. ANGER
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-3141
email: michael.campion@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTHEW HULL, MICHELE C. HULL, AND AARON HULL,<br><br>*Defendants*. | HON. SUSAN D. WIGENTON<br><br>*Civil Action No.* 09-1303<br><br>(Filed Electronically)<br><br>**NOTICE OF RENEWED MOTION FOR AN ORDER TO SHOW CAUSE** |

To: Spencer Robbins, Esq.
      Robbins & Robbins, LLC
      568 Amboy Avenue
      Woodbridge, NJ 07095

PLEASE TAKE NOTICE, that CRAIG CARPENITO, United States Attorney for the District of New Jersey (MICHAEL E. CAMPION and JORDAN M. ANGER, Assistant United States Attorneys, appearing), as attorney for the United States of America, will move before this Court for a Motion for an issuance of an Order requiring Defendants to show cause as to why they should not be held in civil contempt.

In support of this motion, the Court is respectfully referred to the attached Letter Brief in Support of the United States of America's Renewed Motion for Issuance of an Order to Show Cause, and Proposed Order.

                                              CRAIG CARPENITO
                                              United States Attorney

                        By:    *s/Michael E. Campion*
                                              MICHAEL E. CAMPION
                                              Assistant United States Attorney