# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW HULL, MICHELE C. HULL, AND AARON HULL,<br><br>*Defendants.* | HON. SUSAN D. WIGENTON<br><br>*Civil Action No.* 2:09-cv-1303<br><br>[PROPOSED] ORDER |

Upon Defendants' failure to comply with this Court's lawful Order dated November 30, 2017, and upon the United States of America's renewed motion for an Order directing Defendants to show cause why they should not be found in civil contempt of Court for failure to obey its lawful Order of November 30, 2017, and upon good cause being shown:

**IT IS** on this _____ day of _____ , 2018,

**ORDERED** that Defendants individual appear before the Court on the _____ day of _____, 2018, at_____:_____ __.m. and show cause why they should not be held in civil contempt and punished therefore; and it is further

**ORDERED** that any answer or response by Defendants be submitted to this Court and served upon Plaintiff no later than the _____ day of _____, 2018; and it is further

**ORDERED**, that failure of Defendants to appear at this Court on the above designated date may result in appropriate penalties or sanctions.

_____
HON. SUSAN D. WIGENTON
United States District Judge