UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                              DATE: April 26, 2018

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto                                                      Docket #09-1303

TITLE OF CASE: UNITED STATES v. MATTHEW HULL, ET AL.

**Appearances:**

Michael Campion, Esq. for the Govt

NATURE OF PROCEEDING: **MOTION/SHOW CAUSE HEARING**

Defts failed to appear.
Hearing on Pltf's Second Motion for an Order to Show Cause as to why Deft's should not be found in Contempt of Court [Dkt. No. 126];
Ordered motion **granted;**
Order to be submitted.

Time Commenced:    11:15 a.m.
Time Adjourned:     11:25 a.m.
Total Time:              10 mins.

Cc: Chambers                                                                Carmen D. Soto
                                                                                       Deputy Clerk