

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Michael E. Campion*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*michael.campion@usdoj.gov*

*main:  (973) 645-2700*
*direct: (973) 645-3141*
*fax:    (973) 297-2010*

April 30, 2018

By ECF and U.S. Mail

Hon. Susan D. Wigenton
United States District Judge
King Fed. Bldg. & United States Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

    Re:    *United States v. Hull, et al.*  No. 09-1303 (SDW) (LDW)

Dear Judge Wigenton:

    As directed by the Court at the hearing on April 26, 2018 in the above-referenced matter, the United States submits the enclosed proposed order.

    Thank you for your attention to this matter.

    Sincerely,

    CRAIG CARPENITO
    United States Attorney

By:    */s Michael E. Campion*
    MICHAEL E. CAMPION
    Assistant United States Attorney

cc:  Spencer B. Robbins, Esq. (by ECF and email)